An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ZACHARY COUGHLIN,
Appellant,
vs.
MATTHEW MERLISS,
Respondent.

No. 61383

**FILED**

MAY 28 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



## *ORDER DISMISSING APPEAL*

This is an appeal from district court orders denying an emergency motion for a temporary restraining order or injunction and awarding attorney fees in a landlord-tenant matter. Second Judicial District Court, Washoe County; Patrick Flanagan, Judge.

Appellant moved the district court for a temporary restraining order or injunction in an appeal from a justice court order in a landlord-tenant dispute. Following the denial of that motion, appellant appealed to this court. Subsequently, the district court entered an order awarding attorney fees to respondent and appellant also appealed from that order.

The district court has final appellate jurisdiction in all cases arising in justice courts. Nev. Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Although NRAP 3A(b)(3) authorizes an appeal from an order refusing to grant an injunction, and NRAP 3A(b)(8) authorizes an appeal from a post-judgment order awarding attorney fees, *see Winston Prods. Co., Inc. v. DeBoer*, 122 Nev. 517, 525, 134 P.3d 726, 731 (2006) (recognizing that an order awarding attorney fees and costs is substantively appealable as a special order after final judgment), because the orders challenged in this case arose from the district court's exercise of appellate jurisdiction over an

SUPREME COURT
OF
NEVADA

(O) 1947A

13-15587

appeal from a justice court decision, the district court's orders were ostensibly rendered final and are not appealable to this court. For the same reasons, to the extent that appellant seeks to appeal from any other order or determination arising from the district court's appellate review of the justice court matter, this court likewise lacks jurisdiction to consider any such appeals. Accordingly, as we lack jurisdiction over this appeal, we

ORDER this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. Patrick Flanagan, District Judge
       Zachary B. Coughlin
       Richard G. Hill, Chartered
       Washoe District Court Clerk

---

[1]Respondent's April 26, 2013, motion seeking to dismiss this appeal for lack of jurisdiction on other grounds and his April 26, 2013, motion to strike are denied as moot. To the extent that respondent seeks attorney fees based on the motion to dismiss this appeal, that request is denied. We further deny as moot any other requests for relief pending in this matter.